# Notice Recipients

District/Off: 0970–2　　　　User: lowryj　　　　Date Created: 1/25/2019
Case: 2:19–bk–00802–BKM　　　　Form ID: ntcdef　　　　Total: 4

**Recipients of Notice of Electronic Filing:**
tr　　MAUREEN GAUGHAN
aty　　NATHAN A FINCH　　ecf@catalyst.lawyer

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db　　Philip Mitchell Brailsford　　9533 E. Olla Circle　　Mesa, AZ 85212
jdb　　Corinne Elizabeth Brailsford　　9533 E. Olla Circle　　Mesa, AZ 85212

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2