| Rec#: 99 | Emp#: 1350 Philip Brailsford | | | | | Quarter: 1 State: AZ | | |
|---|---|---|---|---|---|---|---|---|
| Check: 7340 | Date: 01/11/2019 | | | | Period: 12/30/2018 to | 01/05/2019 | | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece | 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | | |
| Hours: | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | Diem | 0.00 |
| Pay: | 513.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 35.00 | **665.00** | 0.00 | 165.59 | **499.41** | 1,273.00 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 35.13 | 66.72 | EE Health Insur Cost | Ded | 91.22 | 182.44 |
| Medicare | Ded | 8.21 | 15.60 | EE Dental Insur Cost | Ded | 7.24 | 14.48 |
| AZ Income Tax | Ded | 23.79 | 45.19 | | | | |

01/11/2019    $    ************

Non-negotiable

Philip Brailsford
9533 E Olla Cir
Mesa AZ 85212



PRO STEEL ERECTORS II Inc.

| Rec#: 99 | Emp#: 1350 Philip Brailsford | | | | | Quarter: 1 State: AZ | | |
|---|---|---|---|---|---|---|---|---|
| Check: 7340 | Date: 01/11/2019 | | | | Period: 12/30/2018 to | 01/05/2019 | | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece | 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | | |
| Hours: | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | Diem | 0.00 |
| Pay: | 513.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 35.00 | **665.00** | 0.00 | 165.59 | **499.41** | 1,273.00 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 35.13 | 66.72 | EE Health Insur Cost | Ded | 91.22 | 182.44 |
| Medicare | Ded | 8.21 | 15.60 | EE Dental Insur Cost | Ded | 7.24 | 14.48 |
| AZ Income Tax | Ded | 23.79 | 45.19 | | | | |

| Rec#: 15 | Emp#: 1350 Philip Brailsford | | | | | Quarter: 1 State: AZ | | |
|---|---|---|---|---|---|---|---|---|
| Check: 7271 | Date: 01/04/2019 | | | | Period: 12/23/2018 to 12/29/2018 | | | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece | 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | | |
| Hours: | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | Diem | 0.00 |
| Pay: | 456.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 32.00 | **608.00** | 0.00 | 158.84 | **449.16** | 608.00 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 31.59 | 31.59 | EE Health Insur Cost | Ded | 91.22 | 91.22 |
| Medicare | Ded | 7.39 | 7.39 | EE Dental Insur Cost | Ded | 7.24 | 7.24 |
| AZ Income Tax | Ded | 21.40 | 21.40 | | | | |

01/04/2019     $     ************

Non-negotiable

Philip Brailsford
9533 E Olla Cir
Mesa AZ 85212


PRO STEEL ERECTORS II Inc.

| Rec#: 15 | Emp#: 1350 Philip Brailsford | | | | | Quarter: 1 State: AZ | | |
|---|---|---|---|---|---|---|---|---|
| Check: 7271 | Date: 01/04/2019 | | | | Period: 12/23/2018 to 12/29/2018 | | | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece | 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | | |
| Hours: | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | Diem | 0.00 |
| Pay: | 456.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 32.00 | **608.00** | 0.00 | 158.84 | **449.16** | 608.00 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 31.59 | 31.59 | EE Health Insur Cost | Ded | 91.22 | 91.22 |
| Medicare | Ded | 7.39 | 7.39 | EE Dental Insur Cost | Ded | 7.24 | 7.24 |
| AZ Income Tax | Ded | 21.40 | 21.40 | | | | |

| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece | 0.00 |
|---|---|---|---|---|---|---|---|---|
| Rec#: 3288 | Emp#: 1350 Philip Brailsford | | | | | | Quarter: 4 | State: AZ |
| Check: 7197 | Date: 12/28/2018 | | | Period: 12/16/2018 | to | 12/22/2018 | | |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | Piece | 0.00 |
| Hours: | 37.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 703.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 37.00 | **703.00** | 0.00 | 170.10 | **532.90** | 30,185.25 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 37.48 | 1,684.80 | AZ Income Tax | Ded | 25.39 | 1,141.29 |
| Medicare | Ded | 8.77 | 394.03 | EE Health Insur Cost | Ded | 91.22 | 2,722.66 |
| Federal Income Tax | Ded | | 169.59 | EE Dental Insur Cost | Ded | 7.24 | 289.06 |

12/28/2018  $  ************

Non-negotiable

Philip Brailsford
9533 E Olla Cir
Mesa AZ 85212



PRO STEEL ERECTORS II Inc.

| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece | 0.00 |
|---|---|---|---|---|---|---|---|---|
| Rec#: 3288 | Emp#: 1350 Philip Brailsford | | | | | | Quarter: 4 | State: AZ |
| Check: 7197 | Date: 12/28/2018 | | | Period: 12/16/2018 | to | 12/22/2018 | | |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | Piece | 0.00 |
| Hours: | 37.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 703.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 37.00 | **703.00** | 0.00 | 170.10 | **532.90** | 30,185.25 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 37.48 | 1,684.80 | AZ Income Tax | Ded | 25.39 | 1,141.29 |
| Medicare | Ded | 8.77 | 394.03 | EE Health Insur Cost | Ded | 91.22 | 2,722.66 |
| Federal Income Tax | Ded | | 169.59 | EE Dental Insur Cost | Ded | 7.24 | 289.06 |

| | Rec#: 3215 | Emp#: 1350 Philip Brailsford | | | | Quarter: 4 | State: AZ |
|---|---|---|---|---|---|---|---|
| | Check: 7127 | Date: 12/21/2018 | | | Period: 12/09/2018 to | 12/15/2018 | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | |
| Hours: | 40.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem 0.00 |
| Pay: | 760.00 | 28.50 | 0.00 | 0.00 | 0.00 | 0.00 | Misc 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | |
| Totals: | 41.00 | **788.50** | 0.00 | 187.12 | **601.38** | 29,482.25 | Salary 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 42.78 | 1,647.32 | AZ Income Tax | Ded | 28.98 | 1,115.90 |
| Medicare | Ded | 10.01 | 385.26 | EE Health Insur Cost | Ded | 91.22 | 2,631.44 |
| Federal Income Tax | Ded | 6.89 | 169.59 | EE Dental Insur Cost | Ded | 7.24 | 281.82 |

12/21/2018  $  ************

Non-negotiable

Philip Brailsford
9533 E Olla Cir
Mesa AZ 85212


PRO STEEL ERECTORS II Inc.

| | Rec#: 3215 | Emp#: 1350 Philip Brailsford | | | | Quarter: 4 | State: AZ |
|---|---|---|---|---|---|---|---|
| | Check: 7127 | Date: 12/21/2018 | | | Period: 12/09/2018 to | 12/15/2018 | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | |
| Hours: | 40.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem 0.00 |
| Pay: | 760.00 | 28.50 | 0.00 | 0.00 | 0.00 | 0.00 | Misc 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | |
| Totals: | 41.00 | **788.50** | 0.00 | 187.12 | **601.38** | 29,482.25 | Salary 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 42.78 | 1,647.32 | AZ Income Tax | Ded | 28.98 | 1,115.90 |
| Medicare | Ded | 10.01 | 385.26 | EE Health Insur Cost | Ded | 91.22 | 2,631.44 |
| Federal Income Tax | Ded | 6.89 | 169.59 | EE Dental Insur Cost | Ded | 7.24 | 281.82 |

| | Rec#: 3126 | Emp#: 1350 Philip Brailsford | | | | Quarter: 4 | State: AZ |
|---|---|---|---|---|---|---|---|
| | Check: 7056 | Date: 12/14/2018 | | | Period: 12/02/2018 to | 12/08/2018 | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | |
| Hours: | 32.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem 0.00 |
| Pay: | 608.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Misc 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | |
| Totals: | 32.00 | **608.00** | 0.00 | 158.84 | **449.16** | 28,693.75 | Salary 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 31.59 | 1,604.54 | AZ Income Tax | Ded | 21.40 | 1,086.92 |
| Medicare | Ded | 7.39 | 375.25 | EE Health Insur Cost | Ded | 91.22 | 2,540.22 |
| Federal Income Tax | Ded | | 162.70 | EE Dental Insur Cost | Ded | 7.24 | 274.58 |

12/14/2018  $  ************

Non-negotiable

Philip Brailsford
9533 E Olla Cir
Mesa AZ 85212



| | Rec#: 3126 | Emp#: 1350 Philip Brailsford | | | | Quarter: 4 | State: AZ |
|---|---|---|---|---|---|---|---|
| | Check: 7056 | Date: 12/14/2018 | | | Period: 12/02/2018 to | 12/08/2018 | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | |
| Hours: | 32.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem 0.00 |
| Pay: | 608.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Misc 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | |
| Totals: | 32.00 | **608.00** | 0.00 | 158.84 | **449.16** | 28,693.75 | Salary 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 31.59 | 1,604.54 | AZ Income Tax | Ded | 21.40 | 1,086.92 |
| Medicare | Ded | 7.39 | 375.25 | EE Health Insur Cost | Ded | 91.22 | 2,540.22 |
| Federal Income Tax | Ded | | 162.70 | EE Dental Insur Cost | Ded | 7.24 | 274.58 |

| Rec#: 3030 | Emp#: 1350 Philip Brailsford | | | | | Quarter: 4 | State: AZ | |
|---|---|---|---|---|---|---|---|---|
| Check: 7020 | Date: 12/07/2018 | | | | Period: 11/25/2018 to | 12/01/2018 | | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece | 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | | |
| Hours: | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 760.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 40.00 | **760.00** | 0.00 | 180.89 | **579.11** | 27,515.75 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 41.02 | 1,537.61 | AZ Income Tax | Ded | 27.78 | 1,041.58 |
| Medicare | Ded | 9.59 | 359.59 | EE Health Insur Cost | Ded | 91.22 | 2,449.00 |
| Federal Income Tax | Ded | 4.04 | 37.30 | EE Dental Insur Cost | Ded | 7.24 | 267.34 |

12/07/2018    $    ************

Non-negotiable

Philip Brailsford
9533 E Olla Cir
Mesa AZ 85212



| Rec#: 3030 | Emp#: 1350 Philip Brailsford | | | | | Quarter: 4 | State: AZ | |
|---|---|---|---|---|---|---|---|---|
| Check: 7020 | Date: 12/07/2018 | | | | Period: 11/25/2018 to | 12/01/2018 | | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece | 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | | |
| Hours: | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 760.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 40.00 | **760.00** | 0.00 | 180.89 | **579.11** | 27,515.75 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 41.02 | 1,537.61 | AZ Income Tax | Ded | 27.78 | 1,041.58 |
| Medicare | Ded | 9.59 | 359.59 | EE Health Insur Cost | Ded | 91.22 | 2,449.00 |
| Federal Income Tax | Ded | 4.04 | 37.30 | EE Dental Insur Cost | Ded | 7.24 | 267.34 |

| | Rec#: 2939 | Emp#: 1350 Philip Brailsford | | | | | Quarter: 4 | State: AZ |
|---|---|---|---|---|---|---|---|---|
| | Check: 6935 | Date: 11/30/2018 | | | Period: 11/18/2018 to 11/24/2018 | | | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece | 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | | |
| Hours: | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | Diem | 0.00 |
| Pay: | 532.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 36.00 | 684.00 | 0.00 | 167.84 | 516.16 | 26,755.75 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 36.30 | 1,496.59 | AZ Income Tax | Ded | 24.59 | 1,013.80 |
| Medicare | Ded | 8.49 | 350.00 | EE Health Insur Cost | Ded | 91.22 | 2,357.78 |
| Federal Income Tax | Ded | | 33.26 | EE Dental Insur Cost | Ded | 7.24 | 260.10 |

11/30/2018          $      ************

Non-negotiable

Philip Brailsford
9533 E Olla Cir
Mesa AZ 85212


PRO STEEL ERECTORS II Inc.

| | Rec#: 2939 | Emp#: 1350 Philip Brailsford | | | | | Quarter: 4 | State: AZ |
|---|---|---|---|---|---|---|---|---|
| | Check: 6935 | Date: 11/30/2018 | | | Period: 11/18/2018 to 11/24/2018 | | | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece | 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | | |
| Hours: | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | Diem | 0.00 |
| Pay: | 532.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 36.00 | 684.00 | 0.00 | 167.84 | 516.16 | 26,755.75 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 36.30 | 1,496.59 | AZ Income Tax | Ded | 24.59 | 1,013.80 |
| Medicare | Ded | 8.49 | 350.00 | EE Health Insur Cost | Ded | 91.22 | 2,357.78 |
| Federal Income Tax | Ded | | 33.26 | EE Dental Insur Cost | Ded | 7.24 | 260.10 |

| Rec#: 2873 | Emp#: 1350 Philip Brailsford | | | | | Quarter: 4 | State: AZ | |
|---|---|---|---|---|---|---|---|---|
| Check: 6877 | Date: 11/23/2018 | | | | Period: 11/11/2018 to 11/17/2018 | | | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece | 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | | |
| Hours: | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 760.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 40.00 | **760.00** | 0.00 | 180.89 | **579.11** | 26,071.75 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 41.02 | 1,460.29 | AZ Income Tax | Ded | 27.78 | 989.21 |
| Medicare | Ded | 9.59 | 341.51 | EE Health Insur Cost | Ded | 91.22 | 2,266.56 |
| Federal Income Tax | Ded | 4.04 | 33.26 | EE Dental Insur Cost | Ded | 7.24 | 252.86 |

11/23/2018    $    ************

Non-negotiable

Philip Brailsford
9533 E Olla Cir
Mesa AZ 85212


PRO STEEL ERECTORS II Inc.

| Rec#: 2873 | Emp#: 1350 Philip Brailsford | | | | | Quarter: 4 | State: AZ | |
|---|---|---|---|---|---|---|---|---|
| Check: 6877 | Date: 11/23/2018 | | | | Period: 11/11/2018 to 11/17/2018 | | | |
| | Regular | Overtime | Premium | PTO | Vacation | Holiday | Piece | 0.00 |
| Rate: | 19.0000 | 28.5000 | 38.0000 | 40.00 | | | | |
| Hours: | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 760.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | | |
| Totals: | 40.00 | **760.00** | 0.00 | 180.89 | **579.11** | 26,071.75 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 41.02 | 1,460.29 | AZ Income Tax | Ded | 27.78 | 989.21 |
| Medicare | Ded | 9.59 | 341.51 | EE Health Insur Cost | Ded | 91.22 | 2,266.56 |
| Federal Income Tax | Ded | 4.04 | 33.26 | EE Dental Insur Cost | Ded | 7.24 | 252.86 |