**CJ STAR, INC.**
dba YOGI'S GRILL  # 2
2043  S  ELLSWORTH RD  STE 104
MESA, AZ 85209-1224

Employee Name: CORINNE BRAILSFORD
Id No. 31
For Period 12/17/18 to 12/30/18
Date 01/04/19
Check No. 5476

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 57.85 | 694.20 | 694.20 | Federal W/H | 7.87 | 7.87 |
|  |  |  |  |  | Social Security | 43.04 | 43.04 |
|  |  |  |  |  | Medicare | 10.07 | 10.07 |
|  |  |  |  |  | State W/H | 12.50 | 12.50 |
| Vac Avail |  | 0.00 |  |  |  |  |  |
| Sick Avail |  | 1.93 |  |  |  |  |  |
| Totals |  | 57.85 | 694.20 | 694.20 | Totals | 73.48 | 73.48 |
| Social Security |  |  |  |  | Net | 620.72 | 620.72 |

---

**CJ STAR, INC.**
dba YOGI'S GRILL  # 2
2043  S  ELLSWORTH RD  STE 104
MESA, AZ 85209-1224

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

Check No. 5476

| Date | Amount |
|---|---|
| 01/04/19 | $**620.72 |

Pay  SIX HUNDRED TWENTY DOLLARS and 72 CENTS

TO THE ORDER OF:
CORINNE BRAILSFORD
9533 E  OLLA CIR
MESA, AZ 85212

⑈005476⑈ ⑆122105278⑆ 9610301336⑈

---

**CJ STAR, INC.**
dba YOGI'S GRILL  # 2
2043  S  ELLSWORTH RD  STE 104
MESA, AZ 85209-1224

Employee Name: CORINNE BRAILSFORD
Id No. 31
For Period 12/17/18 to 12/30/18
Date 01/04/19
Check No. 5476

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 57.85 | 694.20 | 694.20 | Federal W/H | 7.87 | 7.87 |
|  |  |  |  |  | Social Security | 43.04 | 43.04 |
|  |  |  |  |  | Medicare | 10.07 | 10.07 |
|  |  |  |  |  | State W/H | 12.50 | 12.50 |
| Vac Avail |  | 0.00 |  |  |  |  |  |
| Sick Avail |  | 1.93 |  |  |  |  |  |
| Totals |  | 57.85 | 694.20 | 694.20 | Totals | 73.48 | 73.48 |
| Social Security |  |  |  |  | Net | 620.72 | 620.72 |

**CJ STAR, INC.**

dba YOGI'S GRILL #2
2043 S ELLSWORTH RD STE 104
MESA, AZ 85209-1224

Employee Name: CORINNE BRAILSFORD
Id No. 31
For Period 12/03/18 to 12/16/18
Date 12/21/18
Check No. 5461

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 59.40 | 712.80 | 7435.20 | Federal W/H | 35.70 | 168.00 |
| Sick Pay | 12.00 | 20.65 | 247.80 | 247.80 | Social Security | 59.56 | 476.35 |
| | | | | | Medicare | 13.93 | 111.39 |
| | | | | | State W/H | 17.29 | 138.30 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 0.00 | | | | | | |
| Totals | | 80.05 | 960.60 | 7683.00 | Totals | 126.48 | 894.04 |
| Social Security | | | | | Net | 834.12 | 6788.96 |

---

**CJ STAR, INC.**
dba YOGI'S GRILL #2
2043 S ELLSWORTH RD STE 104
MESA, AZ 85209-1224

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

Check No. 5461

Date: 12/21/18     Amount: $**834.12

Pay EIGHT HUNDRED THIRTY FOUR DOLLARS and 12 CENTS

TO THE ORDER OF:
CORINNE BRAILSFORD
9533 E OLLA CIR
MESA, AZ 85212

⑈005461⑈ ⑆122105278⑆ 9610301336⑈

---

**CJ STAR, INC.**

dba YOGI'S GRILL #2
2043 S ELLSWORTH RD STE 104
MESA, AZ 85209-1224

Employee Name: CORINNE BRAILSFORD
Id No. 31
For Period 12/03/18 to 12/16/18
Date 12/21/18
Check No. 5461

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 59.40 | 712.80 | 7435.20 | Federal W/H | 35.70 | 168.00 |
| Sick Pay | 12.00 | 20.65 | 247.80 | 247.80 | Social Security | 59.56 | 476.35 |
| | | | | | Medicare | 13.93 | 111.39 |
| | | | | | State W/H | 17.29 | 138.30 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 0.00 | | | | | | |
| Totals | | 80.05 | 960.60 | 7683.00 | Totals | 126.48 | 894.04 |
| Social Security | | | | | Net | 834.12 | 6788.96 |

# CJ STAR, INC.

**Employee Name:** CORINNE BRAILSFORD  **Id No.** 31
**For Period** 11/19/18 to 12/02/18  **Date** 12/07/18  **Check No.** 5448

dba YOGI'S GRILL #2
2043 S ELLSWORTH RD STE 104
MESA, AZ 85209-1224

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 52.20 | 626.40 | 6722.40 | Federal W/H | 2.28 | 132.30 |
| | | | | | Social Security | 38.84 | 416.79 |
| | | | | | Medicare | 9.08 | 97.46 |
| | | | | | State W/H | 11.28 | 121.01 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 18.67 | | | | | | |
| Totals | | 52.20 | 626.40 | 6722.40 | Totals | 61.48 | 767.56 |
| Social Security | | | | | Net | 564.92 | 5954.84 |

---

# CJ STAR, INC.
dba YOGI'S GRILL #2
2043 S ELLSWORTH RD STE 104
MESA, AZ 85209-1224

**Wells Fargo Bank, N.A.**
Arizona
wellsfargo.com

**Check No.** 5448

| Date | Amount |
|---|---|
| 12/07/18 | $**564.92 |

**Pay** FIVE HUNDRED SIXTY FOUR DOLLARS and 92 CENTS

TO THE ORDER OF:
CORINNE BRAILSFORD
9533 E OLLA CIR
MESA, AZ 85212

⑆005448⑆ ⑈122105278⑈ 9610301336⑈

---

# CJ STAR, INC.

**Employee Name:** CORINNE BRAILSFORD  **Id No.** 31
**For Period** 11/19/18 to 12/02/18  **Date** 12/07/18  **Check No.** 5448

dba YOGI'S GRILL #2
2043 S ELLSWORTH RD STE 104
MESA, AZ 85209-1224

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 52.20 | 626.40 | 6722.40 | Federal W/H | 2.28 | 132.30 |
| | | | | | Social Security | 38.84 | 416.79 |
| | | | | | Medicare | 9.08 | 97.46 |
| | | | | | State W/H | 11.28 | 121.01 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 18.67 | | | | | | |
| Totals | | 52.20 | 626.40 | 6722.40 | Totals | 61.48 | 767.56 |
| Social Security | | | | | Net | 564.92 | 5954.84 |

**CJ STAR, INC.**

Employee Name: CORINNE BRAILSFORD   Id No. 31

dba YOGI'S GRILL #2
2043 S ELLSWORTH RD STE 104
MESA, AZ 85209-1224

For Period 11/05/18 to 11/18/18   Date 11/23/18   Check No. 5435

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 52.55 | 630.60 | 6096.00 | Federal W/H | 2.70 | 130.02 |
|  |  |  |  |  | Social Security | 39.10 | 377.95 |
|  |  |  |  |  | Medicare | 9.14 | 88.38 |
|  |  |  |  |  | State W/H | 11.35 | 109.73 |
| Vac Avail |  | 0.00 |  |  |  |  |  |
| Sick Avail |  | 16.93 |  |  |  |  |  |
| Totals |  | 52.55 | 630.60 | 6096.00 | Totals | 62.29 | 706.08 |
| Social Security |  |  |  |  | Net | 568.31 | 5389.92 |

---

**CJ STAR, INC.**
dba YOGI'S GRILL #2
2043 S ELLSWORTH RD STE 104
MESA, AZ 85209-1224

Wells Fargo Bank, N.A.
Arizona
wellsfargo.com

Check No. 5435

| Date | Amount |
|---|---|
| 11/23/18 | $**568.31 |

Pay  FIVE HUNDRED SIXTY EIGHT DOLLARS and 31 CENTS

TO THE ORDER OF:
CORINNE BRAILSFORD
9533 E OLLA CIR
MESA, AZ 85212

⑈005435⑈ ⑆122105278⑆ 9610301336⑈

---

**CJ STAR, INC.**

Employee Name: CORINNE BRAILSFORD   Id No. 31

dba YOGI'S GRILL #2
2043 S ELLSWORTH RD STE 104
MESA, AZ 85209-1224

For Period 11/05/18 to 11/18/18   Date 11/23/18   Check No. 5435

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 52.55 | 630.60 | 6096.00 | Federal W/H | 2.70 | 130.02 |
|  |  |  |  |  | Social Security | 39.10 | 377.95 |
|  |  |  |  |  | Medicare | 9.14 | 88.38 |
|  |  |  |  |  | State W/H | 11.35 | 109.73 |
| Vac Avail |  | 0.00 |  |  |  |  |  |
| Sick Avail |  | 16.93 |  |  |  |  |  |
| Totals |  | 52.55 | 630.60 | 6096.00 | Totals | 62.29 | 706.08 |
| Social Security |  |  |  |  | Net | 568.31 | 5389.92 |

# CJ STAR, INC.

**Employee Name:** CORINNE BRAILSFORD  **Id No.** 31
**For Period** 10/22/18 to 11/04/18  **Date** 11/09/18  **Check No.** 5422

dba YOGI'S GRILL #2
2043 S ELLSWORTH RD STE 104
MESA, AZ 85209-1224

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 47.55 | 570.60 | 5465.40 | Federal W/H | | 127.32 |
| | | | | | Social Security | 35.38 | 338.85 |
| | | | | | Medicare | 8.27 | 79.24 |
| | | | | | State W/H | 10.27 | 98.38 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 15.18 | | | | | | |
| Totals | | 47.55 | 570.60 | 5465.40 | Totals | 53.92 | 643.79 |
| Social Security | | | | | Net | 516.68 | 4821.61 |

---

# CJ STAR, INC.
dba YOGI'S GRILL #2
2043 S ELLSWORTH RD STE 104

MESA, AZ 85209-1224

**Wells Fargo Bank, N.A.**
Arizona
wellsfargo.com

**Check No.** 5422

| Date | Amount |
|---|---|
| 11/09/18 | $**516.68 |

**Pay** FIVE HUNDRED SIXTEEN DOLLARS and 68 CENTS

**TO THE ORDER OF:**
CORINNE BRAILSFORD
9533 E OLLA CIR
MESA, AZ 85212

⑈005422⑈ ⑆122105278⑆ 9610301336⑈

---

# CJ STAR, INC.

**Employee Name:** CORINNE BRAILSFORD  **Id No.** 31
**For Period** 10/22/18 to 11/04/18  **Date** 11/09/18  **Check No.** 5422

dba YOGI'S GRILL #2
2043 S ELLSWORTH RD STE 104
MESA, AZ 85209-1224

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 12.00 | 47.55 | 570.60 | 5465.40 | Federal W/H | | 127.32 |
| | | | | | Social Security | 35.38 | 338.85 |
| | | | | | Medicare | 8.27 | 79.24 |
| | | | | | State W/H | 10.27 | 98.38 |
| Vac Avail | 0.00 | | | | | | |
| Sick Avail | 15.18 | | | | | | |
| Totals | | 47.55 | 570.60 | 5465.40 | Totals | 53.92 | 643.79 |
| Social Security | | | | | Net | 516.68 | 4821.61 |